240824

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CLARENCE BURGESS OWENS and JOSEPHINE OWENS, | : CHAPTER 7<br>: NO. 04-12259 (BIF) |
| Debtors | : |
| CLARENCE BURGESS OWENS and JOSEPHINE C. OWENS<br>Plaintiffs<br>vs.<br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>Defendants | : ADVERSARY PRO. NO. 05-0008<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION

COMES NOW, the plaintiffs/debtors, CLARENCE BURGESS OWENS and JOSEPHINE C. OWENS, hereinafter ("Debtors") by and through their attorney, Michael G. Louis, Esquire, and THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE hereinafter ("NYSD") by and through its attorney, Christopher O'Brien Esquire, who agree and stipulate as follows:

1. On or about February 18, 2004, Debtors filed for Chapter 13 Bankruptcy.

2. On or about January 7, 2005, Debtors filed a Complaint to determine dischargeability of state tax debts as more fully outlined in Debtors' Complaint.

3. On or about February 8, 2005, a Court Order was entered converting the case from Chapter 13 to Chapter 7.

4. On or about February 14, 2005, Gloria M. Satriale was appointed Chapter 7 Trustee.

5. Upon Debtors receipt of discharge through the United States Bankruptcy Court, NYSD will be discharged in like kind with all other of Debtors' unsecured creditors.

6. In the event of any distribution to Debtors' unsecured creditors, NYSD will therewith be considered an unsecured creditor entitled to share in any such distribution in equal kind with Debtors' other unsecured creditors.



This stipulation is executed the __26th__ day of __April__, 2005.

| | |
|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | MacELREE HARVEY, LTD. |
| By: _____ | By: _____ |
| Christopher O'Brien, Esquire | Michael G. Louis, Esquire |
| Attorney for the New York State Dept. Of Taxation and Finance | Attorney for Debtors |
| Bankruptcy Unit, Office of Counsel | Attorney I.D. No. 32202 |
| Building 9, Room 100 | 17 W. Miner Street, Box 660 |
| WA Harriman Campus | West Chester, PA 19381-0660 |
| Albany, NY 122 | 610-436-0100 |

SO ORDERED THIS _____ DAY OF _____, 2005

*[handwritten: The stipulation is binding only upon the parties to the agreement]*

BY THE COURT:

_____
Honorable Bruce I. Fox,
U.S. Bankruptcy Judge

*[handwritten signature] 6/30/05*